IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:22-CV-337-KDB-DCK

| | |
|---|---|
| JADDEY FELIZ-CABRERA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| MONROE BIOMEDICAL RESEARCH, LLC, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 6) filed by G.Bryan Adams III, concerning Bradford G. Harvey, on September 1, 2022. Bradford G. Harvey seeks to appear as counsel *pro hac vice* for Defendant. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 6) is **GRANTED**. Bradford G. Harvey is hereby admitted *pro hac vice* to represent Defendant.

**SO ORDERED**.

Signed: September 1, 2022

David C. Keesler
United States Magistrate Judge