IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:22-CV-337-KDB-DCK

| | |
|---|---|
| JADDEY FELIZ-CABRERA, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| MONROE BIOMEDICAL RESEARCH, LLC, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Joint Motion To Stay Filing Of Certificate Of Initial Attorney's Conference And Joint Rule 26(f) Report" (Document No. 12) filed October 4, 2022. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and in consultation with Judge Bell's chambers, the undersigned will grant the motion with modification.

**IT IS, THEREFORE, ORDERED** that the "Joint Motion To Stay Filing Of Certificate Of Initial Attorney's Conference And Joint Rule 26(f) Report" (Document No. 12) is **GRANTED with modification**. Plaintiff shall have up to and including **October 19, 2022** to file a motion for FLSA conditional certification.

**IT IS FURTHER ORDERED** that the parties shall file their Certificate of Initial Attorneys' Conference and Rule 26(f) Report **ten (10) days after the Court issues a ruling on the forthcoming motion for conditional certification**.

**SO ORDERED**.   Signed: October 6, 2022

David C. Keesler
United States Magistrate Judge