UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No.: 3:22-cv-00337

| | |
|---|---|
| JADDEY FELIZ-CABRERA, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>MONROE BIOMEDICAL RESEARCH, LLC,<br><br>    Defendant. | **ORDER GRANTING JOINT MOTION FOR APPROVAL OF NOTICE OF COLLECTIVE ACTION FORM AND CONSENT TO BECOME PARTY PLAINTIFF FORM** |

Before the Court is the Parties' Joint Motion for Approval of Notice of Collective Action Form and Consent to Become Party Plaintiff Form. The Court, having considered the Motion, is of the opinion the Motion should be, and hereby is, GRANTED. The Court Authorizes Notice of this action under 29 U.S.C. §216(b), and ORDERS as follows:

The Court approves the proposed "Notice of Collective Action" and corresponding "Consent to Become Party Plaintiff" form submitted by the Parties (Doc. Nos. 16-1 and 16-2). The parties are directed to mail the Notice of Collective Action form within seven (7) days after Defendant provides Plaintiff's Counsel with the names and addresses of putative plaintiffs, pursuant to the terms stated in the Court's October 20, 2022 Order. (Doc. No. 15).

SO ORDERED.

Signed: October 26, 2022

Kenneth D. Bell
United States District Judge