IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:22-CV-337-KDB-DCK

| | |
|---|---|
| JADDEY FELIZ-CABRERA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MONROE BIOMEDICAL RESEARCH, LLC,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)  **ORDER**<br>)<br>)<br>)<br>)<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Joint Motion To Stay Proceedings" (Document No. 19) filed February 10, 2023. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and in consultation with Judge Bell's chambers, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that the "Joint Motion To Stay Proceedings" (Document No. 19) is **GRANTED**. This case is **STAYED** until **March 13, 2023**.

**IT IS FURTHER ORDERED** that the parties shall file a joint status report by **March 13, 2023**.

**SO ORDERED**.

Signed: February 10, 2023

_David C. Keesler_
United States Magistrate Judge