IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:22-CV-337-KDB-DCK

| | |
|---|---|
| **JADDEY FELIZ-CABRERA,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| **MONROE BIOMEDICAL RESEARCH, LLC,** | ) |
| | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. The parties filed a "Notice Of Resolution" (Document No. 21) notifying the Court that the parties reached a settlement on March 8, 2023. The Court commends counsel and the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case, or in the alternative request an extension of time to file such dismissal, on or before **April 7, 2023**.

**SO ORDERED**.

Signed: March 8, 2023

David C. Keesler
United States Magistrate Judge