# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
### Civil Action No.: 3:22-CV-00337-KDB-DCK

| | |
|---|---|
| JADDEY FELIZ-CABRERA, individually and on behalf of all others similarly situated; <br><br> Plaintiff, <br><br> v. <br><br> MONROE BIOMEDICAL RESEARCH, LLC, <br><br> Defendant. | JOINT MOTION FOR APPROVAL OF SETTLEMENT OF FLSA ACTION |

Plaintiff Jaddey Feliz-Cabrera and Defendant Monroe Biomedical Research, LLC, (collectively the "Parties") jointly move this Court for an order:

1. Approving the Parties' Settlement Agreement and Release, including the payments to Plaintiff, the release of claims, and payment of attorneys' fees.

2. A copy of the proposed Settlement Agreement and Release ("Agreement") is attached as Exhibit 1 to the Memorandum in Support of Joint Motion for Approval of Settlement of FLSA Action.

3. Entering a judgment dismissing this case *with* prejudice in accordance with the terms of the Agreement.

4. Defendant joins in this motion. In addition, Defendant has reviewed and authorized filing the accompanying Memorandum in Support of Joint Motion for Approval of Settlement of FLSA Action, as well as the Declarations of Philip J. Gibbons, Jr., Corey M. Stanton, and Ethan L. Slabosky.

5. A Proposed Order is submitted for the Court's consideration.

WHEREFORE, the Parties request the Court to issue an Order approving the Parties'

Settlement Agreement as fair and reasonable and approving an award of attorneys' fees.

Dated: April 6, 2023

Respectfully submitted,

| | |
|---|---|
| s/ Corey M. Stanton | s/ Bradford G. Harvey |
| Philip J. Gibbons, Jr., NCSB #50276 | Bradford G. Harvey, TN BPR #17393 |
| Corey M. Stanton, NCSB #56255 | *Admitted Pro Hac Vice* |
| **GIBBONS LAW GROUP, PLLC** | Scott E. Simmons, TN BPR #29392 |
| 14045 Ballantyne Corporate Pl., Ste. 325 | *Admitted Pro Hac Vice* |
| Charlotte, North Carolina | **MILLER & MARTIN, PLLC** |
| (704) 612-0038 | 832 Georgia Avenue |
| phil@gibbonslg.com | Suite 1200, Volunteer Building |
| corey@gibbonslg.com | Chattanooga, TN 37402 |
| ethan@gibbonslg.com | (423) 756-6600 |
| | Brad.Harvey@millermartin.com |
| *Attorneys for Plaintiff* | Scott.Simmons@millermartin.com |

*and*

G. Bryan Adams, III, NCSB #17307
**VAN HOY, REUTLINGER, ADAMS & PIERCE PLLC**
737 East Boulevard
Charlotte, NC 28203
(704) 375-6022
Bryan.Adams@vraplaw.com

*Attorneys for Defendant*