IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:22-CV-00337-KDB-DCK

| | |
|---|---|
| JADDEY FELIZ-CABRERA, <br><br> Plaintiff, <br><br> v. <br><br> MONROE BIOMEDICAL RESEARCH, LLC, <br><br> Defendant. | **ORDER APPROVING FLSA SETTLEMENT** |

**THIS MATTER** is before the Court on the parties' Joint Motion for Approval of FLSA Settlement (Doc. No. 23). Having carefully considered this motion, the parties' briefs and exhibits and all relevant parts of the record, the Court finds that the proposed settlement was reached through contested litigation and it is a fair and reasonable resolution of a *bona fide* dispute. Further, the settlement does not impair the future rights of other putative class members who did not consent to join the action. Therefore, the motion will be granted and the settlement will be approved.

**ORDER**

**NOW THEREFORE IT IS ORDERED THAT:**

1. The parties' Joint Motion for Approval of FLSA Settlement (Doc. No. 23) is **GRANTED;**

2. The parties' proposed Settlement is approved, including, but not limited to, the payment to Plaintiff of $1900, the release of Plaintiff's claims as described in the settlement, and the payment of attorneys' fees of $5600;

1

3. This action is dismissed with prejudice as to Plaintiff and without prejudice as to any putative class member who chose not to join this action; and

4. The Clerk is directed to close this matter in accordance with this Order.

**SO ORDERED ADJUDGED AND DECREED**.

Signed: April 24, 2023

Kenneth D. Bell
United States District Judge

2

Case 3:22-cv-00337-KDB-DCK   Document 26   Filed 04/24/23   Page 2 of 2